UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE GALLEGOS, individually and on behalf of other persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERMOUNTAIN EMPLOYMENT SERVICE, INC., INTERMOUNTAIN STAFFING – ILLINOIS INC., and TD SYNNEX CORPORATION,<br><br>    Defendants. | Case No. 22-cv-01173<br><br>Judge John Robert Blakey<br><br>Magistrate Judge Jeffrey Cole |

## JOINT MOTION TO STAY CASE

Plaintiff Jose Gallegos, and Defendants Intermountain Employment Service, Inc., Intermountain Staffing – Illinois Inc. and TD SYNNEX Corporation (collectively "the Parties") respectfully submit this joint motion to stay the case pending completion of the Parties' settlement negotiations. In support of this Motion, the Parties state as follows:

    1.    In response to the motions to dismiss filed by Defendants, Plaintiff filed a Third Amended Complaint on August 15, 2022.

    2.    Defendants' responses to the Third Amended Complaint are due on or before September 6, 2022.

    3.    The Parties are presently pursuing settlement of this case. Defendants believe it prudent to devote their time and resources to settlement rather than litigating the case at this time.

4. As such, the Parties seek a stay of the case for 60 days in order to allow them to fully pursue settlement. In the event settlement negotiations prove unsuccessful, the Parties will so notify the Court and continue to move forward with the case.

5. This motion is filed in good faith and not for purposes of delay. No party will be harmed by granting the requested relief.

## **CONCLUSION**

For the reasons stated above, the Parties respectfully request that the Court grant this Joint Motion for Stay pending resolution of settlement negotiations, for a period of 60 days.

Dated: September 1, 2022

/s/ Catherine A. Miller

Catherine A. Miller
Elpitha B. Lambros
AKERMAN LLP
71 South Wacker Drive
47th Floor
Chicago, IL 60606
(312) 634-5700
(312) 424-1900 (facsimile)
catherine.miller@akerman.com
elpitha.lambros@akerman.com

*Counsel for Defendant*
*TD SYNNEX Corporation*

/s/ David K. Crockett

Gregory M. Saylin
David K. Crockett
HOLLAND & HART LLP
222 S. Main Street
Suite 2200
Salt Lake City, UT 84101
(801) 799-5800
(801) 799-5700 (facsimile)
gmsaylin@hollandhart.com
dkcrockett@hollandhart.com

*Counsel for Intermountain*
*Employment Service, Inc. and*
*Intermountain Staffing – Illinois Inc.*

Respectfully submitted,

/s/ William H. Beaumont

Roberto Luis Costales
William H. Beaumont
BEAUMONT COSTALES LLC
107 W. VanBuren
Suite 209
Chicago, IL 60605
(773) 831-8000
rlc@beaumontcostales.com
whb@beaumontcostales.com

*Counsel for Plaintiff*
*Jose Gallegos*

/s/ Stephen J. Rosenfeld

Stephen J. Rosenfeld
MCDONALD HOPKINS LLC
300 N. LaSalle Street
Suite 1400
Chicago, IL 60654
(312) 280-0111
(312) 280-8232 (facsimile)
srosenfeld@mcdonaldhopkins.com

*Counsel for Intermountain*
*Employment Service, Inc. and*
*Intermountain Staffing – Illinois Inc.*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2022, I filed the foregoing **Joint Motion for Stay** through the Court's electronic filing system upon all counsel of record.

/s/ Catherine A. Miller
Catherine A. Miller