# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE GALLEGOS, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN EMPLOYMENT SERVICE, INC., INTERMOUNTAIN STAFFING - ILLINOIS INC., and TD SYNNEX CORPORATION,<br><br>Defendants. | Case No.: 1:22-cv-01173<br><br>Honorable John Robert Blakey |

## JOINT STATUS REPORT

Pursuant to the Court's September 13, 2022 order, Dkt. No. 40, Plaintiff Jose Gallegos ("Plaintiff") and Defendants, Intermountain Employment Service, Inc., Intermountain Staffing – Illinois, Inc., and TD Synnex Corporation ("Defendants") (collectively, the "Parties"), by and through their attorneys, respectfully submit this Joint Status Report:

1. The Parties have been conducting substantive settlement discussions. While multiple offers and demands have been exchanged, the Parties have yet to reach an agreement. However, the Parties believe that significant progress has been made, and that continued exploration of settlement makes sense.

2. The Parties do not anticipate settlement by November 7, 2022, which is Defendants' deadline to respond to the Complaint. The parties request this deadline be extended until December 7, 2022 to allow further settlement discussions before incurring litigation costs. This additional time will also permit the Parties to engage the services of Magistrate Cole, should those services be needed, to finalize a settlement.

| | |
|---|---|
| Dated: November 1, 2022 | Respectfully submitted, |
| **JOSE GALLEGOS** | **INTERMOUNTAIN EMPLOYMENT SERVICE, INC. AND INTERMOUNTAIN STAFFING – ILLINOIS, INC.** |
| *By: /s/ William H. Beaumont* <br> One of his Attorneys | *By: /s/ David K. Crockett* <br> One of Its Attorneys |
| William H. Beaumont (#6323256) <br> BEAUMONT COSTALES LLC <br> 107 W. Van Buren, Suite 209 <br> Chicago, IL 60605 <br> Telephone: 773 831-8000 <br> whb@beaumontcostales.com | Stephen J. Rosenfeld (Illinois Bar No. 6216769) <br> McDonald Hopkins LLC <br> 300 North LaSalle Street, Suite 1400 <br> Chicago, IL  60654 <br> Telephone: (312) 280-0111 <br> Facsimile: (312) 280-8232 <br> srosenfeld@mcdonaldhopkins.com |
| **TD SYNNEX CORPORATION** <br><br> *By: /s/ Catherine A. Miller* <br> One of Its Attorneys <br><br> Catherine A. Miller <br> Akerman LLP <br> 71 S. Wacker Drive, 46th Floor <br> Chicago, IL 60606 <br> catherine.miller@akerman.com <br> 312-634-5734 | Gregory M. Saylin (Utah Bar No. 9648) (Pro Hac Vice) <br> David K. Crockett (Utah Bar No. 17968) (Pro Hac Vice) <br> HOLLAND & HART LLP <br> 222 S. Main Street, Suite 2200 <br> Salt Lake City, UT 84101 <br> Telephone: (801) 799-5800 <br> Facsimile: (801) 799-5700 <br> gmsaylin@hollandhart.com <br> dkcrockett@hollandhart.com |