**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSE GALLEGOS, individually and on behalf of other persons similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN EMPLOYMENT SERVICE, INC., INTERMOUNTAIN STAFFING - ILLINOIS INC., and TD SYNNEX CORPORATION,<br><br>                  Defendants. | Case No.: 1:22-cv-01173<br><br><br>Honorable John Robert Blakey<br><br><br>Magistrate Judge Honorable Jeffrey Cole |

## NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANTS INTERMOUNTAIN EMPLOYMENT SERVICE, INC. AND INTERMOUNTAIN STAFFING – ILLINOIS, INC. PURSUANT TO FRCP 41(A)(1)

NOW COMES Plaintiff Jose Gallegos, individually and on behalf of all others similarly situated, by and through counsel of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in his complaint against Defendants Intermountain Employment Service, Inc., Intermountain Staffing – Illinois, Inc. ("Intermountain Defendants") without prejudice.

The Intermountain Defendants have filed neither an answer to the complaint nor a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

*Respectfully Submitted,*

*/s/ William H. Beaumont*
_____
Roberto Luis Costales (#6329085)
William H. Beaumont (#6323256)
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: (773) 831-8000
rlc@beaumontcostales.com
whb@beaumontcostales.com
*Attorneys for Plaintiff*