## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Jose Gallegos

                        Plaintiff,

v.                                             Case No.: 1:22−cv−01173
                                                         Honorable John Robert Blakey

TD Synnex Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2022:

      MINUTE entry before the Honorable John Robert Blakey: In their 12/7/22 status report [45], Plaintiff and the remaining Defendant, TD Synnex Corp., represent that they have reached an agreement to resolve their dispute. As a result, the Court strikes all set dates and deadlines and directs the parties to file dismissal documents or an updated status report by 1/8/23. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.