UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE GALLEGOS, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD SYNNEX CORPORATION,<br><br>Defendant. | Case No.: 1:22-cv-01173<br><br><br>Honorable John Robert Blakey |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed without prejudice. Each party is to bear their own costs and attorneys' fees.

Dated: January 23, 2023

**JOSE GALLEGOS**

*By: /s/ William H. Beaumont*
One of his Attorneys

William H. Beaumont (#6323256)
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: 773 831-8000
whb@beaumontcostales.com

Respectfully submitted,

**TD SYNNEX CORPORATION**

*By: /s/ Catherine A. Miller*
One of Its Attorneys

Catherine A. Miller
Akerman LLP
71 S. Wacker Drive, 46th Floor
Chicago, IL 60606
catherine.miller@akerman.com
312-634-5734